JOHN D. LANKENAN

*v.*

THE PEOPLE OF THE STATE OF ILLINOIS *ex rel.* HEBER S. REXFORD, County Treasurer, etc.,

and

CHARLES W. CASTLE

*v.*

SAME.*

APPEALS from the Circuit Court of Cook County ; the Hon. HENRY BOOTH, Judge, presiding.

---

* These cases should have followed the case of *Greeley et al.* v. *The People of the State of Illinois*, 60 Ill. 19, but were unavoidably omitted from their proper place.

Mr. GEORGE SCOVILLE, for the appellants.

Mr. FRANCIS ADAMS, for the appellee.

Per CURIAM : The questions presented in these cases are discussed in the case of *Greeley* v. *The People,* decided at the present term.

*Judgments affirmed.*